**Order issued May 22, 2014 Withdrawn; Appeal Reinstated and Order filed May 29, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00512-CR

———————

**RONALD CROW, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court
Washington County, Texas
Trial Court Cause No. 16373**

---

## ORDER

The reporter's record in this case was due September 30, 2013. *See* Tex. R. App. P. 35.1. On October 8, 2013, this court received notice from the official court reporter for the 21st District Court that appellant had not made payment arrangements for the record. On May 22, 2014, appellant filed a motion to extend time to file his brief in which he stated he made an initial payment for the record.

Because the reporter's record has not been filed timely, we issue the following order.

We order Wendy L. Kirby, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. Appellant's brief is due 30 days after the reporter's record is filed.

PER CURIAM